IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON

**LISA BECKETT,**

    **Plaintiff,**

v.                                  CIVIL ACTION NO.: 3:21-CV-00388
                                         HONORABLE ROBERT C. CHAMBERS

**MOUNTWEST FOUNDATION, INC.,**

    **Defendant.**

## ORDER

Came this day the parties, by counsel and by agreement, and jointly moved the Court for an Order to substitute Mountwest Community & Technical College as the party Defendant in place of Mountwest Foundation, Inc. as a Defendant in this matter.

**WHEREUPON**, the Court, finding hearing no objection, does hereby **ORDER** the substitution of party of Mountwest Community & Technical College as party Defendant and **DISMISSES** Mountwest Foundation, Inc., **WITHOUT PREJUDICE**. Plaintiff's previous service of the Complaint upon Mountwest Foundation, Inc. shall be deemed effected as service upon Mountwest Community & Technical College. Service of Mountwest Foundation, Inc.'s Answer to Plaintiff's Complaint shall be deemed effected and responsive to Plaintiff's Complaint on behalf of Mountwest Community & Technical College.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to all counsel of record.

ENTERED this __17__ day of __Sept__, 2021.

_____
HONORABLE ROBERT C. CHAMBERS

| | |
|---|---|
| **LISA BECKETT**<br>**By counsel,**<br><br>*/s/Hoyt E. Glazer*<br>**Hoyt E. Glazer (WVSB #6479)**<br>**Abraham J. Saad (WVSB #10134)**<br>**Eric Anderson (WVSB #11895)**<br>**Glazer Saad Anderson L.C,**<br>P.O. Box 1638<br>Huntington, WV  25717<br>*Counsel for Plaintiff* | **MOUNTWEST FOUNDATION, INC.**<br>**By counsel,**<br><br>*/s/Jacob D. Layne*<br>**WENDY E. GREVE (WVSB #6599)**<br>**JACOB D. LAYNE (WVSB #11973)**<br>**Pullin, Fowler, Flanagan, Brown &**<br>**Poe, PLLC**<br>901 Quarrier Street<br>Charleston, West Virginia 25301<br>*Counsel for Defendant, Mountwest*<br>*Foundation, Inc.* |